# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 07 2011



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Angel OCASIO | ) | Case No. 11-4982 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __04/11/2011 and 10/06/2011__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC section 2252(a)(2) | Receipt of Material Involving the Sexual Exploitation of Minors |
| 18 USC section 2252(a)(4) | Possession of Material Involving the Sexual Exploitation of Minors |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Melissa De La Rosa, SA_
Complainant's signature

Melissa De La Rosa, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/07/2011__

Judge's signature

David C. Guaderrama
Printed name and title

City and state: __El Paso, Texas__

# AFFIDAVIT

On April 11, 2011, Special Agent Nicolas Marquez with the U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Cyber Crimes Group, utilized the Child Protection System (CPS), a law enforcement computer software program designed to monitor and locate computers sharing images of child pornography. CPS observed Internet Protocol (IP) address 24.162.195.168 sharing 35 unique files associated with child sexual exploitation.

Law enforcement database checks revealed that IP address 24.162.195.168 was assigned to an Internet Service Provider (ISP) in El Paso, Texas. The ISP was identified as Time Warner Cable Company. Information received from Time Warner revealed the subscriber to be Veronica PEREA, 507 Fewel, El Paso, Texas, 79902. Records also indicated that Internet service was initiated on May 5, 2007 and has been active thru the date of the request.

On September 14, 2011, ICE-HSI Special Agent Melissa De La Rosa reviewed three of the files associated with IP addresses 24.162.195.168. The following files were reviewed and identified as containing evidence of child sexual exploitation:

1) (Hussyfan) (pthc) (r@ygold)Preteen Asian ALICA 11 yo Phillipine (Filipina) child prostitute XXX HC Pedo ptsc(2).mpg

Your affiant has seen this file and knows it to be a video which runs for approximately 16 minutes and 41 seconds. At the beginning of the video an adult male enters a room with a female child who appears to be 8-11 years old. The child is at first wearing a white leotard. The child undresses him and then herself. The child masturbates in front of the adult male, then he performs oral sex on the child. The child then performs oral sex on the adult male. The adult male digitally penetrates the child's vagina, then penetrates her with his penis. The video concludes when the adult male ejaculates in the child's mouth, then both are seen in a shower area. Throughout the video the adult male wears a black hood..

2) ANNI 10 Hussyfan) (Pthc) Vicky 7yo and 10 yo 69 Pedo Child Porno Lolita.mpg

Your affiant viewed this video file and found it to be approximately 14 minutes and 10 seconds in length. The video displays a female child completely nude performing oral sex on a male subject. The female child appears to between 8 and 11 years old. Later in the video, the male subject directs the female child to lie face down in a bed. The camera then focuses on her vagina and anal area as the female child spreads her buttocks and legs for the camera. The video concludes where the female child is seen performing oral sex on the male subject who subsequently ejaculates on the child's face and chest area. This is a known National Center for Missing and Exploited Children (NCMEC) image from the Vicky series.

3) <~).mpg">aEUR c"!a?Rae-GBPaEUR'aEUR a.mpg

Your affiant viewed this video file and found it to be approximately 53 minutes, 34 seconds in length and is a compilation of different videos showing different female children ranging in age from 10 to 14 years old. The video begins with three clothed female children approximately 13 to 14 years old. The child in the middle is holding a sign that reads, "Welcome To Dark Seductress! We'll Make Your Dick Stay Rock Hard!" The video continues with two of the girls simulating a robbery, at knife point, against the other girl who pulls a gun on the two. The girl with the gun directs the two girls to take their clothes off and lie, face down, on the ground. The girl with the gun then pulls out a horse whip and spanks the two girls, one of which screams in pain. The girl then tells them to spread their legs open and expose their genitals. The video goes on to show the girls dancing, exposing their genitals. The next videos show female children exposing their genitals, masturbating themselves and performing oral sex on each other.

On October 6, 2011, at approximately 0630 hours, ICE-HSI Special Agents executed a duly issued federal search warrant at the residence located at 507 Fewel, El Paso, Texas, 79902. ICE-HSI Special Agents found Angel OCASIO (DOB: 10/11/85) inside the residence. ICE-HSI Special Agents seized various items including three computers, two external hard drives, and two USB drives.

ICE-HSI Computer Forensic Agents (CFA) conducted a forensic preview of the computer found in OCASIO's room. The forensic preview of the computer revealed that it contained videos depicting the sexual exploitation of minors.

On that same date, ICE-HSI Special Agents Nicolas Marquez and Melissa De La Rosa interviewed OCASIO. Special Agent Marquez gave OCASIO a Miranda Rights form in the English language. OCASIO read and signed the form, agreeing to waive his rights and speak to investigators.

OCASIO stated he has lived in the residence since October 2010 and does not pay rent since he is unemployed. OCASIO admitted that he had used his password protected computer, located in his room, for internet browsing and downloading files. OCASIO stated he is familiar with Limewire and other Peer 2 Peer sharing programs. When asked if he had ever downloaded or viewed child pornography, OCASIO stated the interview was becoming "too intense" and asked for an attorney.

Interviews of the other occupants of the residence revealed OCASIO has a password on his computer which he does not share with anyone. OCASIO also locks the door to his room when he departs from the residence.

This case was accepted by Assistant United States Attorney Brandy Gardes.