UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

FILED
2011 NOV -9 PM 2: 22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANGEL OCASIO,<br>　　　　　　　Defendant. | §§§§§§§§§§§§§§ | **INDICTMENT**<br><br>Cause No. EP-11-CR -_____<br><br>VIOLATIONS:<br>(Counts 1-2) 18 U.S.C. § 2252(a)(2) and (b)(1) Receipt/Distribution of Material Involving the Sexual Exploitation of Children,<br>(Count 3-4) 18 U.S.C. § 2252(a)(4)(B) Possession of Material Involving the Sexual Exploitation of Children<br><br>Notice of Forfeiture |

THE GRAND JURY CHARGES THAT:           **EP11CR2728**

### COUNT ONE
### (18 U.S.C. § 2252(a)(2) Receipt of Child Pornography)

Beginning on or about February 27, 2009 and continuing until on or about October 6, 2011, in the Western District of Texas, the defendant,

**ANGEL OCASIO,**

did knowingly receive and attempt to receive visual depictions of persons under the age of eighteen (18) engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), which had been transported in interstate and foreign commerce, to wit: by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT TWO
### (18 U.S.C. § 2252(a)(2) Distribution of Child Pornography)

On or about April 11, 2011, in the Western District of Texas and elsewhere, the defendant,

**ANGEL OCASIO,**

did knowingly distribute and attempt to distribute visual depictions of persons under the age of eighteen (18) engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2) which had been transported in interstate and foreign commerce, to wit: by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE
### (18 U.S.C. § 2252(a)(4)(B) Possession of Child Pornography)

On or about April 11, 2011, in the Western District of Texas, and elsewhere, the defendant,

**ANGEL OCASIO,**

knowingly possessed matter containing one or more visual depictions involving the use of a person under the age of eighteen (18), engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), which visual depictions had been transported in interstate and foreign commerce, to wit: by computer, and were produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and the producing of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT FOUR
### (18 U.S.C. § 2252(a)(4)(B) Possession of Child Pornography)

On or about October 6, 2011, in the Western District of Texas, and elsewhere, the defendant,

**ANGEL OCASIO,**

knowingly possessed matter containing one or more visual depictions involving the use of a person under the age of eighteen (18), engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), which visual depictions had been transported in interstate and foreign commerce, to wit: by computer, and were produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### Notice of Government's Demand for Forfeiture
### (18 U.S.C. § 2253)

As a result of the commission of one or more of the offenses alleged in Counts One, Two, Three and/or Four, the Defendant, **ANGEL OCASIO** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all right, title and interest of the defendant in any and all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, and any and all books, magazines, periodicals, films, videotapes, and other matters which contain any such visual depiction, which were produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, Part I, United States Code; any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real and

personal, used or intended to be used to commit or to promote the commission of such offenses, and any property traceable to such property, including but not limited to the following:

- (3) Media Disks;
- (1) Dell Desk Top Computer, serial number 4800831;
- (1) PNY Micro SD Card
- (1) Western Digital External Hard Drive, serial number WCAU46252472;
- (1) Western Digital External Hard Drive, serial number WX81A31D3487;
- (1) HP Light Scribe DVD burner;
- (1) PSP Playstation, serial number CG317024478-CECH2001B;
- (1) Lynksys wireless router;
- (2) USB drive memory stick;
- (4) DVD CD-R media disk;
- (1) Dell Desk Top Tower, serial number JCYLC11; and
- (1) Dell Desk Top Computer Tower, serial number GXFFY21.

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

4