# 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Apr 27, 2012**
**Secretary of State**

## DOCUMENT# L09000027434

**Entity Name:** TLO, LLC

**Current Principal Place of Business:**

4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431

**New Principal Place of Business:**

**Current Mailing Address:**

4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431

**New Mailing Address:**

FEI Number: 90-0466398     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

DUBNER, DEREK A ESQ
4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                              Date

## MANAGING MEMBERS/MANAGERS:

Title:          **MGRM**
Name:        **TECHNOLOGY INVESTORS, INC.**
Address:    **4530 CONFERENCE WAY SOUTH**
City-St-Zip:  **BOCA RATON, FL 33431**

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:  DEREK A. DUBNER                                      SEC                04/27/2012

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date



**GOVERNMENT EXHIBIT**

CASE NO. EP11CR2728KC

EXHIBIT NO. **B (MTC)**

## 2013 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P00000021159

Entity Name: TECHNOLOGY INVESTORS, INC.

**FILED**
**Mar 15, 2013**
**Secretary of State**

**Current Principal Place of Business:**

4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431

**Current Mailing Address:**

4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431

FEI Number: 65-0988349

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

DUBNER, DEREK A ESQ.
4530 CONFERENCE WAY SOUTH
BOCA RATON, FL 33431 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:

_____

Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail Detail :**

| | |
|---|---|
| Title | PD |
| Name | KUZY, MICHAEL J |
| Address | 190 SE 19TH AVENUE |
| City-State-Zip: | POMPANO BEACH  FL  33060 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: **MICHAEL J KUZY**                    DIRECTOR                    03/15/2013

Electronic Signature of Signing Officer/Director Detail                                    Date