IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | EP-11-CR-2728-KC |
| | § | |
| ANGEL OCASIO. | § | |

**ORDER**

On this day, the Court considered the above-captioned case. Previously, on April 8, 2013, Defendant Angel Ocasio filed his Motion to Compel Production of Materials Pertaining to Peer-to-Peer Investigative Software ("Motion"), ECF No. 117. The government filed its timely Response to the Motion on April 15, 2013. *See* Government's Resp. to Def.'s Mot. to Compl. Produc. of Materials Pertaining to Peer-to-Peer Investigative Software ("Response") 22, ECF No. 118. Mr. Ocasio filed his timely Reply on April 19, 2013. *See* Reply to Government's Resp. to Def.'s Mot. to Compl. Produc. of Materials Pertaining to Peer-to-Peer Investigative Software ("Reply") 13, ECF No. 119.

In his Motion, Mr. Ocasio seeks production of nine pieces of evidence relating to the Child Protection System and Peer Spectre software systems. *See* Mot. 7. Amongst other things, Mr. Ocasio requests "[t]raining materials presented to the federal government for the previously mentioned software" and "a complete copy of the contract entered into between the federal government and the manufacturer [of the previously mentioned software]." *Id*. While the government contests whether the other items that Mr. Ocasio requests are in its possession, the government concedes that both the requested training materials and contract are in its possession. *See* Resp. 3.

1

In order to more fully evaluate the Motion, the Court **ORDERS** the government to deliver to the Court, for *in camera* inspection, copies of the requested training materials and contract, on or before April 24, 2013, at 5:00 p.m.

**SO ORDERED.**

SIGNED this 22nd day of April, 2013.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE