# Matthew Pilon

4491 Cerrillos Road• Santa Fe, New Mexico 87507
Phone: 505 827-9066 • Fax: 505 827-9063 • E-Mail: matthew.pilon@state.nm.us

## Employment

| | |
|---|---|
| **New Mexico State Police** | January 2009 to Present |
| Sergeant assigned to On-line Predator Unit | |
| **New Mexico State Police** | September 2009 to January 2009 |
| Acting Sergeant assigned to On-line Predator Unit | |
| **New Mexico State Police** | April 2007 to September 2009 |
| Agent assigned to Investigations On-line Predator Unit | |
| **New Mexico State Police** | June 2001 to April 2007 |
| Patrol Officer assigned to District 1, Santa Fe and Pecos | |
| **United States Army** | June 1990 to June 1994 |
| Enlisted Military Police | |

## Education

| | |
|---|---|
| **New Mexico State Police Recruit School, Santa Fe, NM** | June 2001 |
| Graduated State Police Officer | |
| **Lake Superior State University** | May 1998 |
| Bachelor of Science in Criminal Justice | |
| **United States Army** | October 1990 |
| Graduated Military Police School | |

## Training

- **385 hours Computer Forensic Training**
- **336 hours Child Abuse Investigations**
- **1572 hours Law Enforcement training**

[2011]{.underline}

**State of New Mexico, Department of Public Safety,** In-service Training, 23 hours, Santa Fe, NM, November 16, 2011

**Mentor Forensic Services,** Internet & Technology Facilitated Sexual Exploitation of Children, 16 hours, Boca Raton, FL, November 7-8, 2011

**State of New Mexico, Department of Public Safety,** Instructor Development, 40 hours, Santa Fe, NM, October 17-21, 2011

**State of New Mexico, Department of Public Safety,** Self Determination, OLC, 16 hours, Santa Fe, NM, October 14, 2011

**EnCE Certified Examiner, certification number 15-0911-4323, September 13, 2011**

**CEIC,** Computer and Enterprise Investigations Conference, -12 hours - Orlando, FL May 15-18, 2011

**State of New Mexico, Department of Public Safety,** Firearms Instructor - Rifle, 40 hours, Albuquerque, NM, May 9-13, 2011

**State of New Mexico, Department of Public Safety,** Firearms Instructor - Handgun, 56 hours, Albuquerque, NM, April 25 – May 3, 2011

**TLO Corporation,** Beyond Fairplay – Instructor update – 20 hours – Boca Raton, FL January19-21, 2011

2010

**Broward County Sherriff's Office,** Basic Gigatribe Investigations, 12 hours, Boca Raton, FL November 4-5, 2010

**Black Bag Technologies,** Introduction to Mac Forensics, 35 hours, Reston VA, September 22 to October 1, 2010

**Dallas Children's Advocacy Center,** 22nd Annual Crimes Against Children Conference, 19.5 hours, Dallas TX, August 9-12, 2010

**United States Department of Justice,** ICAC RoundUp Training Program, 12 hours, Albuquerque, NM August 2-3, 2010

**Access Data,** Mac Forensics, 21 hours, Santa Fe, NM, April 13-15, 2010

**Access Data,** Windows Forensics Registry, 21 hours, Santa Fe, NM, February 9-11 2010

**Access Data,** Bitpim & Cellular Phone Artifacts, 7 hours, Santa Fe, NM, February 5, 2010

**Access Data,** Internet Forensics, 21 hours, Santa Fe, NM, January 12-14, 2010

2009

**State of New Mexico, Department of Public Safety,** In-service Training, 41 hours, Santa Fe, NM, December 16, 2009

**State of Nebraska, Department of Justice,** Operation Fairplay – Instructor Development Course, 24 hours, Boca Raton, FL, November 9-11, 2009

**Access Data,** Windows Forensics Vista, 21 hours, Santa Fe, NM, September 15-17, 2009

**Access Data,** Access Data Forensics, 35 hours, Santa Fe, NM, August 31- September 4, 2009



### 2008

**United States Department of Justice**, Specialized Strategies in Child Abduction Cases, 36 hours, Albuquerque, NM.  November 17-21, 2008

**United States Department of Justice**, Project Safe Childhood National conference, 21 hours, Columbus, OH.  September 23-26, 2008

**Sam Houston State University,** Advanced Digital Forensics Concepts, 40 hours, Houston, TX.  August 4-8, 2008

**United States Department of Justice**, Project Safe Childhood Team Training, 36 hours, Albuquerque, NM.  June 2-6, 2008

**State of Wyoming, Division of Criminal Investigation,** Operation Fairplay, 28 hours, Cheyenne, WY.  March 21 – April 2, 2008

**State of New Mexico, Department of Public Safety,** First Line Supervisor Training, 40 hours, Santa Fe, NM, April 4, 2008

**Guidance Software,** EnCase Computer forensics II Course, 32 hours, Pasadena, CA.  February 26 – 29, 2008

**SEARCH, The National Consortium for Justice information and Statistics,** Advanced Responders –Search and Seizure of SOHO Networks, 24 hours.  Little Rock, AR.  February 12-14, 2008

**State of New Mexico, Department of Public Safety,** Domestic Violence, 4 hours, Santa Fe, NM, February 5, 2008

**State of New Mexico, Department of Public Safety,** Critical Incident Management, 16 hours, Santa Fe, NM, February 1, 2008

### 2007

**National White Collar Crime Center,** Cyercop 201 IDRA, Intermediate Data Recovery and Analysis, 36 hours, Albuquerque, NM.  December 10-14, 2007

**State of New Mexico, Department of Public Safety,** In-service Training, 24 hours, Santa Fe, NM, November 5-9, 2007

**SEARCH, The National Consortium for Justice information and Statistics,** ICAC Core Skills for the Investigation of Cellular Telephones, 32 hours.  Las Vegas, NV.  November 13-16, 2007

**State of New Mexico, Department of Public Safety,** The Bullet Proof Mind, 8 hours, Santa Fe, NM, November 2, 2007

**United States Department of Justice**, ICAC Undercover Chat Training Program, 36 hours, Overland Park, KS.  September 17-21, 2007

**United States Department of Justice**, ICAC Investigative Techniques Training Program, 36 hours, Colorado Springs, CO.  June 11-15, 2007

**New Mexico Attorney General's Office,** Foreign Prosecutions / Extraditions with Mexico & Consular Notifications, 8 hours, Santa Fe, NM.  May 17, 2007

**State of New Mexico, Department of Public Safety,** Specialized Investigation of Sexual violence, 40 hours, Las Cruces, NM.  May 7-11, 2007



**National White Collar Crime Center,** Cyber Investigations 101, STOP, Secure Techniques for Onsite Preview.  16 hours, Albuquerque, NM.  February 26-27, 2007

**National White Collar Crime Center,** Cybercop 101 BDRA, Basic Data Recovery and Acquisition, 32 hours, Phoenix, AZ.  January 8-11, 2007

## 2006

**New Mexico Coalition of Sexual Assault Programs,** Sexual Assault Investigation, 8 hours, Las Vegas, NM.  November 2, 2006

**State of New Mexico, Department of Public Safety,** Background Investigations, 4 hours, Las Vegas, NM.  October 26, 2006

**John E. Reid and Associates,** Child Abuse Investigations, 21 hours, Farmington, NM.  January 24-26, 2006

## 2004

**State of New Mexico, Department of Public Safety,** In-service Training, 40 hours, Santa Fe, NM, October 4-8, 2004

**John E. Reid and Associates,** The Reid Technique of Interviewing and Interoogation, 21 hours, Las Vegas, NV.  May 25-27, 2004

**State of New Mexico, Department of Public Safety,** Search Warrants and Confidential Informants, 16 hours, Santa Fe, NM.  April 15, 2004

**State of New Mexico, Department of Public Safety,** Spanish Immersion, 40 hours, Santa Fe, NM.  March 8-12, 2004

## 2003

**State of New Mexico, Department of Public Safety,** Sexual Harassment, 3 hours, Santa Fe, NM.  July 10, 2003

## 2002

**New Mexico National Guard,** Vehicle Inspection Techniques, 8 hours, Taos, NM.  August 15, 2002

**State of New Mexico, Department of Public Safety,** Sexual Harassment Training, 8 hours, Santa Fe, NM.  March 28, 2002

## 2001

**State of New Mexico, Department of Public Safety,** State Police Recruit Training, 1087 hours, Santa Fe, NM.  March 4 – June 22, 2001



## Guest Lecturer and Instructor

- Instruct Beyond Fairplay – Basic P2P Investigation, Albuquerque, NM, February 21-24, 2012
- Instruct NMSP Academy – Technology Crimes, Santa Fe, NM, February 13, 2012
- Lecture at Protecting New Mexico from Child Exploitation Conference, Trading of Child Exploitation Images though the internet, and Crime Scenes involving Exploitation and Digital Evidence, Bernalillo, NM September 28-29, 2011
- Instruct Beyond Fairplay – Basic P2P Investigation, Santa Fe, NM, April 18-22, 2011
- Instruct Beyond Fairplay – Basic P2P Investigation, Albuquerque, NM, March 22-26, 2010
- Instruct Beyond Fairplay – Basic P2P Investigation, Phoenix, AZ, November 2-6, 2009
- Instruct Beyond Fairplay – Basic P2P Investigation, Phoenix, AZ, November 9-13, 2008

## Expert Testimony

- *United States v. Patrick Railsback:* recognized as an expert in computer forensic examinations in Case No. 09-CR-2629 BB (United States District Judge Bruce Black).

Updated 3/20/12