Curriculum Vitae

Demetrio Medina Jr.
Special Agent
Computer Forensics Agent

**Office Information**

Department of Homeland Security
Immigration and Customs Enforcement
Homeland Security Investigations
Special Agent in Charge El Paso
4191 N. Mesa, Room 219
Employment Date: 03/11/2002

**Education**

University of Texas at El Paso
El Paso, Texas

Bachelors of Liberal Arts – Criminal Justice

**Professional Training**

Federal Law Enforcement Training Center
Criminal Investigator Training Program
2002

Federal Law Enforcement Training Center
Customs Basic Enforcement School
2002

Federal Law Enforcement Training Center
Prerequisite Computer Evidence Recovery Training (PCERT)
Vendor: Treasury Computer Forensics Training Program
Certificate Awarded September 28, 2006

Federal Law Enforcement Training Center
Basic Computer Evidence Recovery Training (BCERT)
Vendor: Treasury Computer Forensics Training Program
Certificate Awarded September 28, 2006

Federal Law Enforcement Training Center
CompTIA A+ Certified Professional
Certification Date: September 9, 2006
Certifying Authority: Computer Technology Industry Association

Paraben Certified Handheld Examiner Training
Vendor: Paraben Corporation
June 2008

ICE Cyber Crimes Center
Mobile Forensics (MFI 101) Training
Vendor: Mobile Forensics, Inc.
June 2008

ICE Cyber Crimes Center
Mobile Forensics (MFI 202) Training
Vendor: Mobile Forensics, Inc.
July 2008

AccessData Certified Examiner Training
Vendor: AccessData
August 2008 and August 2010

ICE Cyber Crimes Center
Advanced Computer Evidence Recovery Training Course (ACERT 1001)
Vendor: Treasury Computer Forensics Training Program
May 2010

**Proffessional Certifications**

CompTIA A+ Certification
Certification Date: September 9, 2006
Certifying Authority: Computer Technology Industry Association

Paraben Certified Handheld Examiner
Certification Date: June 20, 2008
Certifying Authority: Paraben Corp.

AccessData Certified Examiner (ACE)
Certification Date: August 26, 2008
Recertification Date: August 30, 2010

**Examinations**

In excess of 100 examinations of computers, cellular telephones, and other items of electronic/digital media.