# Curriculum Vitae

## Mark R. Martinez
## Special Agent
## Computer Forensic Agent

**Office Information**

Department of Homeland Security
Immigration and Customs Enforcement
Homeland Security Investigations
4191 N. Mesa Street, Room 217
El Paso, Texas 79902
Phone: (915) 231-3391
Fax: (915) 231-3351
Email: mark.r.martinez@ice.dhs.gov
Employment Date: 01/17/2010

**Education**

University of Texas at El Paso
El Paso, Texas
Bachelors of Science in Computer Science

**Professional Training**

Federal Law Enforcement Training Center
Customs and Border Protection
United States Border Patrol Academy
Patrol Agent Basic Training
Training Date: March 2009

Federal Law Enforcement Training Center
Immigration and Customs Enforcement
Criminal Investigator Training Program
Training Date: January 2010
Federal Law Enforcement Training Center
Immigration and Customs Enforcement
Immigration and Customs Enforcement Special Agent Training Program
Training Date: March 2010

Prerequisite Computer Evidence Recovery Training (PCERT)
Treasury Computer Forensics Training Program
Training Date: June 2011

Basic Computer Evidence Recovery Training (BCERT)
Treasury Computer Forensics Training Program
Training Date: June 2011

Forensic ToolKit BootCamp
Vendor: Access Data
Classroom Hours: 21
Training Date: June 2011

**Professional Certifications**

Institute of Electrical and Electronic Engineers (IEEE) Computer Software Development Associate (CSDA)
CompTIA A+ Certified Professional IT Technician
National Registry of Emergency Medical Technicians EMT

**Employment**

Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations
Special Agent / Computer Forensics Agent

Department of Homeland Security, Customs and Border Protection, Border Patrol
Patrol Agent

Science Applications International Corporation
Simulation Engineer, Software Engineer, Programmer/Analyst

Expeditionary Technology
Systems Engineer

Raytheon Pikewerks Corporation
System Specialist 2-2 (Computer Security)

The University of Texas at El Paso
System Administrator, Research Assistant, Teaching Assistant

White Sands Missile Range, Army Research Lab
Computer Security Analyst

IBM Corporation
Unix Product Test Engineer

**Relevant Coursework**

Mechanics and Thermal Physics
Fields and Waves
Introduction To Computer Science – Basic Pascal Programming
Programming and Algorithms – Pascal Programming
Data Structures – Pascal and C Programming
Automata Theory
Assembly Language Programming (Intel 80x86)
Computers of Generation Omega – Theory of Quantum Computing
Advanced Java Programming
Systems Programming – UNIX shell and administration programming
Digital Systems Design I – Logic Circuit Design
Introduction to Computer Architecture

Database Management
Design and Implementation of Programming Languages
Computer Science Research
Problem Oriented Programming Languages – Fortran Programming
Software Engineering: Requirements Engineering
Networks - Computer Networks and Intranets
Software Engineering: Design and Implementation
Theory of Operating Systems
Risk Analysis in Soft Computing
Microprocessor Systems I
Numerical Analysis – Numerical Computations with Fortran
Advanced Computer Architecture*
Advanced Operating Systems (Distributed Systems)*
Logical Foundations of Computer Science*
Network Protocols*
Parallel and Concurrent Programming*
Systems Engineering*

*Designates graduate level course

**Examinations**

In excess of 30 examinations of computers, cellular telephones, and other items of electronic/digital media.

**Publications**

Fast Quantum Algorithms for Handling Probabilistic, Interval, and Fuzzy Uncertainty. Martinez, Mark; Luc Longpre, Vladik Kreinovich, Scott A. Starks: NASA Pan American Center for Earth and Environmental Sciences (PACES). University of Texas at El Paso, El Paso, TX 79968, USA. Hung T. Nguyen: Department of Mathematical Sciences. New Mexico State University, Las Cruces, NM 88003, USA. North American Fuzzy Information Processing Society (NAFIPS) 2003 Conference.