# Curriculum Vitae

## Joseph Byers
### Senior Special Agent
### Computer Forensic Agent

## Office Information

Department of Homeland Security
Immigration and Customs Enforcement
Office of Investigations
Special Agent in Charge
4191 N. Mesa Street, Room 217
El Paso, Texas 79902
Phone: (915) 231-3399
Cell: (915) 726-6217
Fax: (915) 231-3351
Email: joseph.byers@dhs.gov
Employment Date: 11/30/2003

## Education

McNary High School
Salem, Oregon
High School Diploma

University of Texas at El Paso
El Paso, Texas
Bachelors of Business Administration- Management
Bachelors of Business Administration- Computer Information Systems

## Professional Training

United States Army
23R Hawk Missile Systems Mechanic
Training Date: August 1991
Classroom Hours:  1220

Federal Law Enforcement Training Center
Immigration and Naturalization Service
Detention Enforcement Officer Basic Academy
Training Date: September 1998
Classroom Hours: 240

Federal Law Enforcement Training Center
Immigration and Naturalization Service
United States Border Patrol Academy
Training Date: September 1999
Classroom Hours: 800

Federal Law Enforcement Training Center
Criminal Investigator Training Program
Training Date: December 2003
Classroom Hours: 400

Federal Law Enforcement Training Center
U.S. Immigration and Custom Enforcement
Special Agent Training Course
Training Date: February 2004
Classroom Hours: 480

Federal Law Enforcement Training Center
U.S. Immigration and Custom Enforcement School
Asset Forfeiture Financial Investigations Course
Training Date: June 22, 2007
Classroom Hours: 80

Federal Law Enforcement Training Center
U.S. Immigration and Custom Enforcement School
Commercial Fraud Investigations Course
Training Date: March 5, 2009
Classroom Hours: 80

Prerequisite Computer Evidence Recovery Training (PCERT)
Vendor: Treasury Computer Forensics Training Program
Classroom Hours: 80
Training Date: August 21, 2007
Certificate Awarded September 26, 2007

Basic Computer Evidence Recovery Training (BCERT)
Vendor: Treasury Computer Forensics Training Program
Classroom Hours: 120
Training Date: September 5, 2007
Certificate Awarded September 26, 2007

EnCase Computer Forensics I and II
Vendor: Guidance Software
Classroom Hours: 80
Training Date: September 4, 2007
Training Date: July 19, 2010

Certificate Awarded

Forensic ToolKit Intermediate BootCamp
Vendor: Access Data
Classroom Hours: 21
Training Date: September 14, 2007
Certificate Awarded

PARABEN Cell Phone Seizure and Analysis
Vendor: PARABEN Corp.
Training Date: June 20, 2008
Certificate Awarded

PARABEN PDA Seizure and Analysis
Vendor: PARABEN Corp.
Training Date: June 20, 2008
Certificate Awarded

Forensic ToolKit Advanced BootCamp
Vendor: Access Data
Classroom Hours: 35
Training Date: July 11, 2008
Certificate Awarded

Forensic ToolKit Vista Forensics
Vendor: Access Data
Classroom Hours: 7
Training Date: July 16, 2008
Certificate Awarded

Computer Forensic Conferences
Vendor: Department of Homeland Security
Classroom Hours: 40
Training Date: September 15, 2008
Training Date: August 24, 2009
Training Date: August 17, 2010
Training Date: September 12, 2011

**Professional Certifications**

CompTIA A+ Certified Professional IT Technician
Certification Date: August 31, 2007
Certifying Authority: Computer Technology Industry Association

EnCase Computer Forensics I
Certification Date: September 7, 2007
Certifying Authority: Guidance Software

Forensic ToolKit Intermediate BootCamp
Certification Date: September 14, 2007
Certifying Authority: Access Data, Inc.

Paraben Certified Handheld Examiner
Certification Date: June 20, 2008
Certifying Authority: Paraben Corp.

AccessData Certified Examiner (ACE)
Certification Date: July 16, 2008
Recertification Date: July 15, 2010
Certifying Authority: Access Data, Inc.

**Examinations**

In excess of 90 examinations of computers, cellular telephones, Personal Digital Assistants, and other items of electronic/digital media.