IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § § § | EP-11-CR-2728-KC |
| **v.** | | |
| **ANGEL OCASIO.** | | |

**ORDER**

On this day the Court considered the Government's Request for Protective Order relating to Defendant's Motion to Compel Production of Materials Pertaining to Peer-to-Peer Investigative Software ("Request"), ECF No. 123. The Request is **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

1. The Government shall produce for inspection and copying a redacted copy of the Manual to the Defendant with the redactions previously approved by the Court;

2. The Government shall produce for inspection and copying an unredacted copy of the Terms & Conditions of Use of CPS;

3. Defendant and his counsel are prohibited from further disseminating or copying the Manual, other than to provide a copy to an expert witness or witnesses in this case who must agree in writing to be bound by this Court's Protective Order

and to submit to the Court's contempt jurisdiction in the event the Protective Order is violated, prior to disclosure of the documents ordered produced;

    4. No portion of the Manual or the Terms & Conditions of Use shall be entered into the public record unless under seal; and

    5. Modification of this Protective Order shall be permitted for good cause, but shall require pre-approval of the Court.

    SIGNED this 30th day of April, 2013.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE