IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Cause No.: EP-11-CR-02728-KC |
| | § | |
| ANGEL OCASIO, | § | |
| | § | |
| Defendant. | § | |

**GOVERNMENT'S REQUEST FOR NOTICE OF ALIBI DEFENSE**

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files this Request for Notice of Alibi pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure:

The original Demand for Notice of Alibi Defense was submitted in this cause on May 16, 2012, prior to the initial trial setting in this cause [ECF Doc. 37]. Due to passage of time and change in defense counsel, the Government again requests notice of any alibi defense in the above-captioned matter and further states that the government's contention is that the offenses took place on the following dates in El Paso, Texas:

Count 1:  Beginning two (2) hours prior to and during the following times on the specified dates:
- 2/27/2009        12:20:30 AM to 2:22:00 PM
- 3/1/2009          12:37:48 PM to 12:53:20 PM
- 4/17/2009         4:45:18 PM to 5:15:18 PM
- 4/18/2009         1:32:25 PM to 2:36:20 PM
- 4/19/2009         3:51:04 AM to 12:44:43 PM

- 4/20/2009         12:57:56 AM
- 5/13/2009          5:59:43 PM
- 5/29/2009          8:28:08 PM to 8:34:12 PM
- 7/28/2009         11:08:03 PM
- 5/24/2010          5:55:56 PM to 6:44:21 PM
- 2/14/2011          1:27:54 PM
- 4/8/2011          10:38:54 AM to 10:45:16 AM
- 4/10/2011        10:58:00 AM to 11:00:23 AM
- 4/14/2011          8:06:56 PM to 11:48:29 PM
- 4/15/2011          1:36:20 AM

Count 2:  On or about February 14, 2011.

Count 3:  On or about February 14, 2011.

Count 4:  On or about October 6, 2011.

          Respectfully submitted,

          ROBERT PITMAN
          UNITED STATES ATTORNEY


      By:      /s/

          J. BRANDY GARDES
          Assistant United States Attorney
          CA Bar No. 144770

          /s/
          DANIEL R. CRUMBY
          Assistant United States Attorney
          TX Bar No.  24049839
          700 E. San Antonio, Ste. 200
          El Paso, Texas  79901
          (915) 534-6884

## CERTIFICATE OF SERVICE

     I hereby certify that on the 2nd day of May, 2013, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Michael F. Gorman, AFPD
Shane McMahon, AFPD

As attorneys for defendant.

                                                                                               _____/s/_____
                                                                                                J. BRANDY GARDES
                                                                                                Assistant U.S. Attorney