

**U. S. Department of Justice**

*United States Attorney*
*Western District of Texas*
*El Paso Division*

---

*700 E. San Antonio Ave, Suite 200*                                              *Telephone: (915) 534-688*
*El Paso, Texas 79901*                                                          *Facsimile: (915) 534-6024*

May 23, 2013

United States District Clerk
Western District of Texas
511 E. San Antonio Avenue
El Paso, Texas 79901

      **Re:**    **U.S. v. Angel Ocasio**
                **Cause No. EP-11-CR-2728-KC**

Dear Sir or Madam:

        This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. **Deborah P. Kanof,** needs to be added as **co-counsel.** Please update your records to accurately reflect this information.

        Thank you for your attention to this matter.

               Sincerely,

               ROBERT PITMAN
               United States Attorney

               By: _____/s/_____
                   J. BRANDY GARDES
                   Assistant United States Attorney

JBG/gg