IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | §   EP-11-CR-2728-KC |
| | § |
| ANGEL OCASIO. | § |

### ORDER

On this day the Court considered the above-captioned case. Currently before the Court is Defendant Angel Ocasio's Motion to Compel Production of Materials and Information Demanded by Subpoena ("Motion to Compel"), ECF No. 140, and TLO, LLC's Motion to Quash Subpoena Issued Pursuant to Federal Rule of Criminal Procedure 17 ("Motion to Quash"), ECF No. 141. The Motion to Compel and the Motion to Quash both concern subpoenas relating to the computer source code and documentation of the Child Protection System. Trial is quickly approaching in this case. Accordingly, the Court hereby **ORDERS** that if TLO and/or the government wish to respond to the Motion to Compel, they shall file a response on or before 1:00 p.m. on June 3, 2013. Likewise, if Ocasio and/or the Government wish to respond to the Motion to Quash, they shall file a response on or before 1:00 p.m. on June 3, 2013.

**SO ORDERED.**

SIGNED this 31st day of May, 2013.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE