IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | EP-11-CR-2728-KC |
| | § | |
| ANGEL OCASIO. | § | |

## ORDER

On this day the Court considered TLO, LLC's Motion for Extension of Time, ECF No. 144.  The Court **GRANTS** the Motion in part.  TLO's deadline to respond to Defendant Angel Ocasio's Motion to Compel, ECF No. 140, is now on or before 4:00 p.m. on Tuesday, June 4, 2013.

**SO ORDERED.**

SIGNED this 3rd day of June, 2013.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE