AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Angel Ocasio | )   Case No.  EP-11-CR-2728-KC |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
      TLO, LLC
      4530 Conference Way South
      Boca Raton, FL 33431

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert Armendariz, Sr., U.S. Courthouse 525 Magoffin El Paso, TX 79901 | Courtroom No.: | 522---- INSTANTER |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached requested information.

(SEAL)

Date:  5 - 2 9 - 13

                                                              CLERK OF COURT

                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Angel Ocasio
_____ , who requests this subpoena, are:

Michael Gorman, Assistant Federal Public Defender, 700 E. San Antonio, Ste. D-401, El Paso, Texas 79901;
915-534-6525.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   EP-11-CR-2728-KC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

    ❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*U.S. v. Angel Ocasio*
*EP-11-CR-2728-KC*

**SUBPOENA ATTACHMENT A:**

Please provide the following:

1.      The source and object code, to include all non-compilable programmer comments provided in the same, of the application known as Child Protection System, as that System was implemented and in effect on April 11, 2011.

2.      The source and object code of any application called by the Child Protection System when executing, to include any helper application.  In the event any application called is non-proprietary and commercially available, identify the application and version called by the System in effect on April 11, 2011.  If the application called is not commercially available, provide the complete source and object code, along with programmer comments, in effect on April 11, 2011.

3.      Complete revision history of the Child Protection System and corresponding changes implemented by individual System revisions.

4.      Project Management documentation utilized in the design and revision of Child Protection System, to include requirements management if utilized.

5.      Any documentation describing and addressing known bugs or failures in the Child Protection System, along with corrective measures taken and dates such measures were implemented, if applicable.

6.      FAQs, if provided to law enforcement officers or agents utilizing the System.

Please provide the above Instanter in a generally accepted digital format to the Court:  Honorable Kathleen Cardone, United States District Judge, Albert Armendariz, Sr. U.S. Courthouse, 525 Magoffin, Courtroom 522 El Paso, TX 79901.