| | |
|---|---|
| STATE OF FLORIDA ) | **AFFIDAVIT** |
| ) ss. | |
| COUNTY OF PALM BEACH ) | |

I, Mitchell L Nixon, being first duly sworn on oath, hereby depose and say:

1. I am a former police officer for the City of Gainesville, Florida. I worked as a police officer at the Gainesville Police Department for 28 years, the last six years as the Commander of the North Florida Internet Crimes Against Children (ICAC) Task Force. During which time I oversaw the operations of the 36 member law enforcement agencies, and participated in investigations centered on the use of technology to abuse children.

2. I am currently employed as the Security Director: Law Enforcement Systems, at TLO and am a certified as an instructor for the Child Protection System (CPS), providing instruction to law enforcement officers prior to providing them access to the system.

3. CPS is used regularly by law enforcement officers as the basis for action against those who victimize children. The work of those investigators has resulted in the rescues of many children who would not have come to law enforcement's attention but for CPS. It has grown from a national to international undercover law enforcement operation, and since April 11,

2011, over 3,200 investigators representing 37 countries have used CPS regularly to investigate the sexual abuse of children.

_____
Mitchell L. Nixon

I, Lynn Dallmer, a Notary Public of the County and State aforesaid, hereby certify that Mitchell L. Nixon personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 4th day of June, 2013.

_____
Notary Public

My Commission expires:

LYNN DALLMER
MY COMMISSION # EE222695
EXPIRES October 06, 2016
(407) 398-0153  FloridaNotaryService.com