IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | EP-11-CR-2728-KC |
| | § | |
| ANGEL OCASIO. | § | |

## ORDER

On this day, the Court considered the government's Motion to Exclude the Expert Testimony of Tami Loehrs, or in the Alternative, a Request for a *Daubert* Hearing Concerning the Admissibility of Expert Testimony ("Motion"), ECF No. 159.  In the Motion, the government seeks an order excluding the testimony of Defendant Angel Ocasio's expert witness, Tami Loehrs, or in the alternative a *Daubert* hearing to determine the admissibility of Loehrs's testimony.  *See id*. at 1.  To resolve this matter, the Court hereby **ORDERS** that a hearing be set for 1:00 p.m. on Tuesday, June 18, 2013, to determine the admissibility of Loehrs's testimony. Additionally, because the Motion does not include a copy of Loehrs's expert report, the Court **FURTHER ORDERS** the government to provide the Court with a complete copy of Loehrs's expert report on or before 4:00 p.m. today, June 14, 2013.

    **SO ORDERED**.

    SIGNED this 14th day of June, 2013.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE