UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. EP-11-CR-2728-KC-1 |
| | ) | |
| ANGEL OCASIO | ) | |

**DEFENDANT'S SUPPLEMENTAL NOTICE OF EXPERT WITNESS**

Now comes the Defendant, ANGEL OCASIO, by and through his attorney, Assistant Federal Public Defender Michael Gorman, and provides this supplemental notice of his intent to use the testimony of following expert witness:

The Defendant may call Tami Loehrs, a computer forensic examiner. Ms. Loehrs conducted a forensic examination of the computer memory seized in this case and authored the comprehensive report of forensic examination dated February 10, 2013, a copy of which has been provided to counsel for the Government. She will testify, based on her substantial knowledge, training, education and experience. A written summary of her proposed testimony is set forth in the section entitled "Executive Summary" of the aforementioned report. In conducting her examination, Ms. Loehrs employed EnCase Forensic Version 6.16. The specific computer file details supporting her opinion are set forth in her report with corresponding commentary and explanation..

In an effort to provide full disclosure of the proposed expert, Ms. Loehrs's *curriculum vitae* is attached to this Supplemental Notice.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

 /s/

MICHAEL GORMAN
Assistant Federal Public Defender
Federal Building
700 E. San Antonio, D-401
El Paso, Texas  79901
 (915) 534-6525
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of June, 2013, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

J. Brandy Gardes
Assistant U. S. Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901

/s
_____
Michael Gorman
Attorney for Defendant