# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:11-CR-02728(1)-KC |
| | § | |
| (1) Angel Ocasio | § | |

## ORDER SETTING JURY SELECTION/TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION/TRIAL** in District Courtroom, Room 522, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Monday, September 23, 2013 at 08:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 8th day of July, 2013.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE