UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | No: EP:11-CR-02728(1)-KC |
| | § | |
| (1) Angel Ocasio | § | |

## ORDER SETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PLEA** in District Courtroom, Room 522, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, El Paso, TX 79901, on **Thursday, September 19, 2013**, at **11:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the Defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**IT IS FURTHER ORDERED that plea agreements, if any, must be filed by 5:00 p.m. the business day prior to the day of the scheduled plea.**

IT IS SO ORDERED on this **18th day of September, 2013**.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

COURTROOM ATTIRE IS REQUIRED AT ALL TIMES FOR EVERYONE ENTERING THE COURTROOM.