# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

DONNA F. COLTHARP
DEPUTY DEFENDER

WILLIAM R. MAYNARD
WILLIAM H. IBBOTSON
DARREN L. LIGON
JOSEPH A. CORDOVA
SUPERVISORY ASSISTANTS

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525
TOLL FREE
(855) 666-1510
FACSIMILE
(915) 534-6534

SAN ANTONIO
AUSTIN
DEL RIO
PECOS
ALPINE

December 30, 2013

RECEIVED
JAN 0 2 2014
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Honorable Kathleen Cardone
United States District Judge
Albert Armendariz United States Courthouse
525 Magoffin
El Paso, Texas  79901

Re:  USA vs. Angel Ocasio
     Case No. EP:11-CR-2728KC

Dear Honorable Cardone:

Please find enclosed miscellaneous character reference letters in support of my client, Angel Ocasio, that I am forwarding to you herewith for your review and for consideration at the time of his sentencing on January 7, 2014.

Thank you for your attention.

Very Truly Yours,

MAUREEN SCOTT FRANCO
Federal Public Defender

MICHAEL F. GORMAN
Assistant Federal Public Defender

MFG/mv
Enclosures

12-9-13

Honorable Judge,

I Ana Blanco am writing this letter to inform you that Angel Ocasio is not a bad person. Since he has been back living with our mom he has proven himself as a good brother and son. He is a well educated and hard working man which I know if a given a chance will do good in life. He does not like depending on nobody so as soon as he was aloud he got a job and still has it. He has great thoughts for his future he wants to finish school and get a career. Please give him a chance to get his life back and don't make him go back to jail it would change him for the worst as a person. Please consider his good behavoir in and out of jail and also the timed served on his behalf to be enough. If necessary I believe with probation he can prove he will be more than a good man in society. Thank you very much for your time and please consider my reply.

Sincerely,
Ana M Blanco

Estimado Juez                                           12-10-13

Le Escribo esta carta para dejarle Saber que mi hijo Angel Ocasio. en mi pensamiento se ha ganado una segunda oportunidad. el es sociable es muy educado. es Responsable y muy trabajador. el quiere seguir estudiando y prepararse para hacer una carrera. para cuando tome la decision de Formar su propia familia. yo considero que el tiempo que el estuvo. encerrado le pueda contar tiempo cumplido le pido por favor que considere ese tiempo y le de Probation y no mas tiempo yo se que eso lo cambiaria a el en su persona espero que tome en cuenta mi suplica se lo ruego por favor. ya que para mi todo este tiempo a sido muy doloroso. el tiempo que estuvo encerrado alli y todavia sigo con esta incertidumbre y sigo pasando por todo estos momentos dificiles espero me comprenda se lo agradeseria muncho

Munchas Grasias

La Sra. Manuela A. Marquez

12/01/2013

Your Honor,

      Angel Ocasio has been part of my life for five years now. Even though we were merely acquaintances at first, Angel soon became a dear friend. Through these years that I have known him I have learned he is a sensitive, kind hearted man with the most positive attitude towards life. Not only has he proven to be an honest man but also trustworthy and selfless. He has supported me constantly with every endeavor in my life that has proven to be challenging, always reassuring me that I could count on him. From what I have experienced firsthand, Angel's kindness transcends any inconvenience towards his person and I trust that with his maturity beyond his years, these events will shape him into the good man that I have known him to be.

Sincerely,

Perla M. Soto

(915) 252-9470

Your Honor:

I have had the pleasure of knowing Mr. Angel Ocasio for ten years. During the years of our acquaintance, I have known Angel in many capacities. He has always been one to help others regardless of the inconvenience to himself. I have always known him to be an organized responsible individual. When I met angel we were both students at Coronado High school where we were both pursuing our highschool diploma. Angel is a young man who has always sought for his family, his mother and his brother. Angel is an intelligent, capable, and dedicated young man with strong ethical morals I have witnessed over the years. Angel assisted me out of his availability and free will in a multitude of projects to my home always with a warming greeting and positive viewpoint. I have always known him as a thinker, with sensible reactions in all circumstances I have seen him in. Angel had embarked on a journey I applauded in education towards an associate's degree. As a person who is always attempting to better himself, this was rather fitting of character. I feel confident in saying that he is capable of handling any situation with thoughtfulness and maturity. I beg the courts leniency when sentencing him because of the many acts of constant selflessness I have known this young man to be and will continue to be.

Sincerely and respectfully,

Hugo Yngwie Nunez

915-204-2186