AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

**FILED**

## UNITED STATES DISTRICT COURT
### Western District of Texas
#### EL PASO DIVISION

2014 JAN 13 AM 10: 31

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES OF AMERICA

v.

ANGEL OCASIO

Defendant.

Case Number    EP-11-CR-2728-KC
USM Number     84199-280

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ANGEL OCASIO, was represented by Michael F. Gorman and Shane Michael McMahon.

On motion of the United States, the Court has dismissed the Indictment.

The defendant pled guilty to Count(s) One (1) of the Information on September 19, 2013. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
| --- | --- | --- | --- |
| 18 U.S.C. 1462 | Transportation of obscene matter | April 15, 2011 | One (1) |

As pronounced on January 7, 2014, the defendant is sentenced as provided in pages 2 through 9 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___9th___ day of January, 2014.

*Kathleen Cardone*
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

ON _1-10-14_ SUBJECT
RELTO: _Sheets_
R. ALMONTE, USM
BY: _____