# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | Case No. EP-11-CR-2728-KC-1 |
| § | |
| **ANGEL OCASIO** § | |

## ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE

On this day the Court considered the present Unopposed Motion to Amend Conditions of Supervised Release. This Court is of the opinion that said Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the condition specifying that "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision" shall be modified to provide "The defendant shall refrain from excessive consumption of alcohol." All other conditions remain as set forth in this Court's Judgment in a Criminal Case signed January 9, 2014.

**SO ORDERED**.

**SIGNED** this 12th day of February, 2014.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE