RECEIVED
JAN 30 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
2014 FEB 12 PM 3:58
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA §
§
vs. § No. EP-11-CR-2728-KC
§
§
Angel Ocasio §
§

## APPLICATION FOR RETURN OF CASH BAIL

Now comes __Manuela I. Ocasio__, and represents to the court that on __01-29-2013__, he/she deposited with the Clerk of this Court the sum of $__1000.00__ as cash bail for the appearance of the defendant herein, to answer the charge or charges, filed against him/her in this cause; that the terms of said bond have now been satisfied; and that said petitioner is entitled to the return of said cash bail deposited by him/her:

Wherefore, petitioner requests the Court to enter an order directing the Clerk of this Court to return said cash bail to him/her.

Respectfully submitted,

X _/s/ Manuela A. Ocasio_
Petitioner

APPROVED:

By: _/s/_____
ASSISTANT U.S. ATTORNEY

**NOTE:** Original receipt for money must be attached to this application.