Filed FEB 13th, 2014

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | No: __EP-11-CR-2728-KC__ |
| __ANGEL OCASIO__ | § § § | |

## ORDER FOR RETURN OF CASH BAIL

Came on this date for consideration the application of MANUELA I OCASIO for an order directing the Clerk of this Court to deliver to him/her the sum of $ __1,000.00__ heretofore deposited by him/her into the registry of the Court as cash bail for the appearance of the defendant herein, and it appearing to the court that the conditions of said bond have been complied with, the Court is of the opinion that said cash bail should be returned to Petitioner.

It is therefore **ORDERED** that the Clerk of this Court deliver to the said MANUELA I OCASIO the sum of $ *1,000.00* heretofore deposited by him/her as cash bail for the appearance of the defendant herein.

ORDERED at __EL PASO__, Texas, this the __13__ day of __February__, 20__14__.

_____
**UNITED STATES DISTRICT JUDGE**