PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
### for
### WESTERN DISTRICT OF TEXAS

FILED
2014 JUN 16 PM 3:00
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## Report on Offender Under Supervision

**Name of Offender:** Angel Ocasio

**Case Number:** EP-11-CR-2728KC(1)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** January 7, 2014

**Original Offense:** Transportation of Obscene Matter, 18 U.S.C. § 1462

**Original Sentence:** Time served followed by three years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 7, 2014

### PREVIOUS COURT ACTION

On defense counsel's request, Ocasio's condition was changed from abstaining from alcohol to refraining from the excessive use of alcohol.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant shall refrain from purchasing, possessing, or using any sexually stimulating or sexually oriented materials including but not limited to written, audio, and visual depictions, such as pornographic books, magazines, photographs, films, videos, DVDs, computer programs, or any other media for portrayal of the same.

> **Nature of Noncompliance:** On April 28, 2014, a home inspection was conducted. During the inspection Ocasio was found to be in possession of a hand drawn CD cover portraying a woman in the nude with her legs spread apart and tied in chains to a wall.

**Violation Number 2:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement officer.

> **Nature of Noncompliance:** On May 12, 2014, this officer received an informational "hit" that the offender had been queried by the El Paso Police Department. The offender failed to report this contact with in seventy-two hours. In fact, on May 21, 2014, when the offender reported with this officer for his office visit he failed to report it on his monthly report and did not mention it during the visit. On May 22, 2014, this officer called the offender and advised him this officer had forgotten to ask him about his law enforcement

Angel Ocasio
Docket No. EP-11-CR-2728KC(1)
Report on Offender Under Supervision
Page 2

contact earlier in the month. The offender stated he had forgotten to advise this officer that his friend was pulled over after she had a broken tail light and had been drinking too much. The offender stated that he was a passenger in the vehicle and although he had several traffic warrants the officer advised him to take care of the tickets and did not arrest him.

### U.S. Probation Officer Action:

Although the violations of supervised release seem minimal at this point, this officer felt it was important to advise the Court to prevent the situation from escalating and to advise the Court on other issues the offender has had during his term of supervision. From the beginning of supervision Ocasio has continued to be a very "difficult" offender to supervise because he feels that all law enforcement officers, probation officers, and sex offender therapists are the same and are out to get him. Ocasio continues to argue about the instant offense and denies any truth to the information contained in the factual basis attached to his plea agreement. Ocasio was very defiant during the sex offender evaluation with Norma Reed and sought legal advice. Ocasio was referred to a polygraph regarding the instant offense and any sexual deviant thoughts. Ocasio passed the polygraph and Norma Reed has not recommended any treatment. By his own admission, is associating with individuals who are drinking alcohol excessively and driving which is of concern.

At this point verbal reprimands have been given to the offender; however, he continues to be defiant and difficult to supervised and felt it was important to apprise the Court. Ocasio will continue to be monitored to ensure Ocasio abides by all of the conditions that the Court has imposed.

Respectfully submitted,

EMILIA CARO-SANCHEZ
U.S. Probation Officer
Office (915) 585-6582
Cellular (915) 861-8795

Date: June 12, 2014

Approved by,

SYLVIA C. PINEDA
Supervising U.S. Probation Officer
Office (915) 585-6516
Cellular (915) 861-8904

Angel Ocasio
Docket No. EP-11-CR-2728KC(1)
Report on Offender Under Supervision
Page 3

---

**COURT ACTION RECOMMENDED:**

[ ]  No action

[ ]  Submit a Petition for Warrant or Summons

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision to include the offender abstain from the use of alcohol and all other intoxicants during the term of supervision.

[x]  Other: As per probation officer report.


_____
KATHLEEN CARDONE
U.S. District Judge


June 13, 2014
Date