

**Department of Justice**

*United States Attorney's Office*
*Western District of Texas*
*El Paso Division*

| | |
|---|---|
| *700 E. San Antonio Ave, Suite 200* | Phone: (915) 534-6884 |
| *El Paso, Texas 79901* | Facsimile: (915) 534-6024 |

February 9, 2016

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      RE:    U.S. v. ANGEL OCASIO
                EP-11-CR-2728-KC

Dear Sir or Madam:

      This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please change your records to accurately reflect this information. J. Brandy Gardes and William Franklin Lewis, Jr. should be **removed** as counsel/co-counsel in this cause.

      Thank you for your attention to this matter.

                              Very truly yours,

                              RICHARD L. DURBIN, JR.
                              UNITED STATES ATTORNEY

                    By:       /s/
                              Laura Franco Gregory
                              Assistant United States Attorney

LFG/aj