UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. EP-11-CR-2728-KC-1 |
| | § | |
| ANGEL OCASIO | § | |

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On this day the Court considered the present Unopposed Motion to Modify Conditions of Supervised Release. This Court is of the opinion that said Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the conditions of supervised release set forth in the Amended Judgment filed in this case dated January 9, 2014 are hereby amended to provide for the following:

1. The defendant shall be placed on non-reporting supervised release; and

2. Non-reporting supervised release shall be under the standard conditions applicable to such status, specifically the obligation to report contact with law enforcement and prohibition on the commission of any State or Federal criminal offense.

**IT IS FURTHER ORDERED** that the term of supervised release established this Court's Judgment remain unchanged and in full force and effect.

**SO ORDERED**.

**SIGNED** this 23rd day of March , 2016.

_Kathleen Cardone_

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE